NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 903

ZOLTEK CORPORATION,

Plaintiff-Respondent,

v.

UNITED STATES,

Defendant,

v.

LOCKHEED MARTIN CORPORATION,

Defendant-Petitioner.

On Petition for Permission to Appeal pursuant to 28 U.S.C. § 1292(d)(2) from the United States Court of Federal Claims in case no. 96-CV-166, Judge Edward J. Damich.

ORDER

Upon consideration of Zoltek Corporation's objection to the official caption,

IT IS ORDERED THAT:

The revised official caption is reflected above.

FOR THE COURT

JUN 2 6 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Richard T. Ruzich, Esq.
Gary L. Hausken, Esq.
Dean A. Monco, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 6 2009

JAN HORBALY
CLERK